Roy S. Gordet SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020

Ali Kamarei SBN 175977
1260 Memorex Drive
Santa Clara CA 95050
Tel. 408-588-7114
Fax 408-588-7107
inhouseip@aol.com

Attorneys for Plaintiffs Dr. Matthias Rath and Dr. Rath Health Programs USA B.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Matthias Rath, an individual, citizen of Germany; Dr. Rath Health Programs USA B.V., a Dutch corporation<br><br>    Plaintiffs,<br><br>vs.<br><br>Swanson Health Products, Incorporated, a North Dakota Corporation<br><br>    Defendant | Case No: C 05-2760 JSW<br><br>[~~PROPOSED~~] ORDER RE VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ACTION AGAINST SWANSON HEALTH PRODUCTS, INC. |

Plaintiffs Dr. Matthias Rath and Dr. Rath Health Programs USA B.V., by their undersigned counsel of record, hereby voluntarily dismiss the entire Complaint and all of its

causes of action <u>without prejudice</u> against Swanson Health Products, Inc. The named Defendant has yet to file an Answer.

Respectfully submitted,

Dated: August 26, 2005

/rsgordet/

Roy S. Gordet, Counsel of Record for Dr. Matthias Rath and Dr. Rath Health Programs USA B.V.

IT IS SO ORDERED.

Dated: August 29, 2005

*Jeffrey S White*

United States District Court Judge
by Hon. Phyllis J. Hamilton